# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONI JO KING

NO. 2021 KW 0448

**JULY 30, 2021**

---

In Re:   Toni Jo King, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 575227-2.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
GH
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT